IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL TRAILER CORPORATION HORSE and LIVESTOCK GROUP, | ) ) ) ) | 4:06CV3139 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) ) | |
| BILL GOEDEKEN, d/b/a/ GOEDEKEN TRAILER SALES, | ) ) ) | |
| Defendant. | ) | |

Upon the suggestion of bankruptcy (filing 25) filed by Bill Goedeken,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

November 6, 2006           BY THE COURT:

                           *s/Richard G. Kopf*
                           United States District Judge